Matthew L. Sharp
Nevada State Bar #4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
matt@mattsharplaw.com

BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
RACHEAL A. ROSS, ESQ.
Nevada Bar No. 14943
NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Henderson, NV 89014
brian@nettlesmorris.com
christian@nettlesmorris.com
racheal@nettlesmorris.com

*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| MACIE PEELER, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; XYZ CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>    Defendants. | CASE NO.:  2:17-cv-02735-JAD-DJA |

### STIPULATION AND ORDER TO VACATE AND RESCHEDULE HEARING

On October 28, 2021, this Court set the following Motions for hearing on November 9, 2021 at 11 a.m.:  1) Motion to Compel [95]; 2) Motion for Sanctions [97]; 3) Motion to Extend Time [101]; 4) Motion for Protective Order [104]; and, 5) Motion to Quash [105].

///

1  Attorneys for the Plaintiff are not available on the date and time set by this Court. Therefore,
2  the parties hereby stipulate that the November 9, 2021 hearing be vacated and respectfully request
3  this Court vacate and reset the hearing on the motions. To assist the Court in setting the hearing,
4  the parties are available on the following dates:

- November 16, 2021
- November 22, 2021
- November 30, 2021

DATED this 2nd day of November 2021.          DATED this 2nd day of November 2021.

MATTHEW L. SHARP, LTD.                        HARPER | SELIM


   /s/ Matthew L. Sharp                          /s/ James E. Harper
Matthew L. Sharp, Esq.                        James E. Harper, Esq.
Nevada Bar No. 4746                           Nevada Bar No. 9822
432 Ridge Street                              Sabrina G. Wibicki, Esq.
Reno, NV 89501                                Nevada Bar No. 10669
(775) 324-1500                                1935 Village Center Circle
matt@mattsharplaw.com                         Las Vegas, Nevada 89134
                                              eservice@harperselim.com
BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462                           *Attorneys for Defendants*
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
RACHEAL A. ROSS, ESQ.
Nevada Bar No. 14943
NETTLES | MORRIS
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
brian@nettlesmorris.com
christian@nettlesmorris.com
racheal@nettlesmorris.com

*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED. The November 9, 2021 hearing is vacated and reset to _____
November 16, 2021 at 3:00 p.m.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: November 3, 2021

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

JAMES HARPER, ESQ.
Nevada Bar No. 9822
SABRINA G. WIBICKI, ESQ.
Nevada Bar NO. 100669
1935 Village Center Circle
Las Vegas, Nevada 89134
eservice@harperselim.com
*Attorneys for Defendants*

DATED this 2nd day of November 2021.

                                         /s/ Suzy Thompson
                           Employee of Matthew L. Sharp, Ltd.