JAMES E. HARPER
Nevada Bar No. 9822
SABRINA G. WIBICKI
Nevada Bar No. 10669
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:     (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MACIE PEELER,<br><br>             Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; XYZ CORPORATIONS 11 THROUGH 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>             Defendants. | CASE NO.:   2:17-cv-02735-JAD-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 141 |

IT IS HEREBY STIPULATED by and between the Plaintiff, MACIE PEELER, by and through her counsel of record, CHRISTIAN MORRIS TRIAL ATTORNEYS, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel of record, HARPER | SELIM, that this matter be dismissed with prejudice; each party to bear their

/ / /

1

own costs and attorney fees.

DATED this 1st day of November 2023.                     DATED this 1st day of November 2023.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**                     **HARPER | SELIM**

*/s/ Christian Morris*                                   *James E. Harper*

CHRISTIAN M. MORRIS            JAMES E. HARPER
Nevada Bar No. 11218           Nevada Bar No. 9822
2250 Corporate Circle, Suite 390   SABRINA G. WIBICKI
Henderson, NV 89074            Nevada Bar No. 10669
Phone: (702) 434-8282          1935 Village Center Circle
Fax: (702) 434-1488            Las Vegas, NV 89134
*Attorneys for Plaintiff*      Phone: (702) 948-9240
                               Fax: (702) 778-6600
                               *Attorneys for Defendant*

### ORDER

Based on the parties' stipulation **(ECF No. 141)** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All hearings, conferences, and deadlines are VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE.**

**DATED: November 2, 2023**

_____
UNITED STATES DISTRICT COURT JUDGE

2